**Calvin ROBINSON–BEY, Petitioner–Appellant,**

v.

**Thomas R. CORCORAN, Warden, Respondent–Appellee.**

**No. 01–6896.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 19, 2001.

Decided Oct. 31, 2001.

Calvin Robinson–Bey, pro se. Alan Douglas Eason, Assistant Attorney General, Baltimore, MD, for appellee.

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Calvin Robinson–Bey appeals the district court's orders denying relief on his 28

U.S.C. § 2241 (1994) petition and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *Robinson–Bey v. Corcoran,* No. CA–00–3452–L (D.Md. Apr. 12, 2001; filed April 27, 2001, entered April 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*